UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:11-cr-9 |
| v. ) | |
| ) | COLLIER / LEE |
| MIIYA BROWN ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts One, Two, Three and Four of the four-count Indictment; (2) accept Defendant's plea of guilty to Counts One, Two, Three and Four of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One, Two, Three and Four of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter (Court File No. 63). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 63) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Counts One, Two, Three and Four of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One, Two, Three and Four of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two, Three and Four of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, September 8, 2011 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2